# Court of Appeals
# of the State of Georgia

ATLANTA,  August 13, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1770. ROY BOONE BRIGHT v. THE STATE.**

In 2015, a jury found Roy Boone Bright guilty of burglary and theft by taking. Pertinent to this appeal, he filed an extraordinary motion for new trial and a motion to dismiss. The trial court denied the motion, and this appeal followed. We, however, lack jurisdiction.

As we explained in one of his previous appeal, see Case No. A24A0326 (Oct. 25, 2023), an appeal from an order denying an extraordinary motion for new trial must be made by filing an application for discretionary appeal in this Court. OCGA § 5-6-35 (a) (7); *Davis v. State*, 182 Ga. App. 736, 736-737 (356 SE2d 762) (1987). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists, Inc. v. State*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (citation and punctuation omitted). Bright's failure to follow the discretionary appeals procedure thus deprives us of jurisdiction.

Additionally, to the extent Bright challenges the validity of his convictions, the Supreme Court has made clear that a motion seeking to challenge an allegedly invalid or void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case" and that an appeal from the denial of such a motion is subject to dismissal. *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010).

For these reasons, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* __08/13/2025_____

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*